On December 19, 1997, we remanded this case to the trial court with instructions for that court to enter an order consistent with the Alabama Supreme Court's opinion in Ex parteHoward, 710 So.2d 460 (Ala. 1997). In its opinion, the Supreme Court held that the state was estopped from prosecuting the appellant for robbery in the first degree because the appellant had previously pleaded guilty to, and been convicted of, receiving stolen property, and that offense involved the same property alleged to have been taken in the robbery indictment. In compliance with our instructions, the trial court has entered an order vacating the appellant's conviction for robbery and dismissing the robbery indictment. The trial court's judgment is affirmed.
AFFIRMED.
All the Judges concur.